IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

VOCES de la FRONTERA, INC.,

    Plaintiff,

v.                                             Case No.:25-CV-1070

DAVE GERBER, SHERIFF OF WALWORTH COUNTY,
TODD DELAIN, SHERIFF OF BROWN COUNTY,
CHAD BILLEB, SHERIFF OF MARATHON COUNTY,
DAVID ZOERNER, SHERIFF OF KENOSHA COUNTY, and
CHIP MEISTER, SHERIFF OF SAUK COUNTY,

    Defendants.

## JOINT STATUS REPORT

The Plaintiff, Voces de la Frontera, Inc. (Plaintiff), and Defendants Sheriff Dave Gerber, Sheriff Todd Delain, Sheriff Chad Billeb, Sheriff David Zoerner, and Sheriff Chip Meister ("Defendants"), (collectively, the "Parties"), by and through their undersigned counsel, submit the Parties' Joint Status Report. Counsel for Plaintiff and Defendants participated in a video conference on January 12, 2026.

The parties jointly propose the following schedule:

| | |
|---|---|
| Plaintiff's motion to remand | Anticipated on or before January 29, 2026 |
| Defendants' response to Plaintiff's motion to remand | 21 days after motion to remand filed |
| Plaintiff's reply in support of motion to remand | 10 days after response to motion to remand filed |

Given the unique procedural posture of this case, the Parties respectfully request that all other deadlines be stayed pending a decision from this Court on Plaintiff's anticipated motion to remand.

Dated this 14th day of January, 2026.

        CRIVELLO, NICHOLS & HALL, S.C.
        Attorneys for Defendants Dave Gerber, Sheriff of Walworth County, Todd Delain, Sheriff of Brown County, Chad Billeb, Sheriff of Marathon County and David Zoerner, Sheriff of Kenosha County

        By: *s/ Samuel C. Hall, Jr.*
            SAMUEL C. HALL, JR.
            State Bar No.: 1001333
            MOLLY K. WOODFORD
            State Bar No.: 1126884
            MAIA I. HENTGES
            State Bar No.: 1138038
            710 N. Plankinton Ave., Suite 500
            Milwaukee, WI 53203
            Phone: 414.271.7722
            Fax:   414.271.4438
            Email: shall@crivellolaw.com
                   mwoodford@crivellolaw.com
                   mhentges@crivellolaw.com

        Counsel for Defendant, Sheriff Chip Meister

        By: *s/ Matthew J. Thome*
            ANDREW T. PHILLIPS
            State Bar No.: 1022232
            MATTHEW J. THOME
            State Bar No.: 11113463
            ATTOLLES LAW, S.C.
            222 E. Erie St. Ste. 210
            Milwaukee, WI 53202
            Phone: 414.285.0825
            Email: aphillips@attolles.com
                   mthome@attolles.com

Counsel for Plaintiff

By: *s/ R. Timothy Muth*
    R. TIMOTHY MUTH
    Bar No. 1010710
    HANNAH R. SCHWARZ
    Bar No. 1143527
    RYAN V. COX
    Bar No. 1140899
    ACLU of Wisconsin Foundation, Inc.
    207 E. Buffalo Street, Suite 325
    Milwaukee, WI 53202
    MARC CHRISTOPHER
    Bar No. 1050295
    Cristopher & De Leon
    2013 14th Avenue
    South Milwaukee, WI 53172