IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

VOCES de la FRONTERA, INC.,

    Petitioner,

v.                                                                                    Case No.:25-cv-1070

DAVE GERBER, SHERIFF OF WALWORTH COUNTY,
TODD DELAIN, SHERIFF OF BROWN COUNTY,
CHAD BILLEB, SHERIFF OF MARATHON COUNTY,
DAVID ZOERNER, SHERIFF OF KENOSHA COUNTY, and
CHIP MEISTER, SHERIFF OF SAUK COUNTY,

    Respondents.

---

## NOTICE OF JOINT APPEAL

---

Notice is hereby given that the Respondents Dave Gerber, Sheriff of Walworth County, Todd Delain, Sheriff of Brown County, Chad Billeb, Sheriff of Marathon County, David Zoerner, Sheriff of Kenosha County, and Chip Meister, Sheriff of Sauk County, by and through their attorneys, Crivello, Nichols & Hall, S.C., and Attolles Law, S.C., hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order, (ECF No. 23), of the United States District Court for the Western District of Wisconsin, the Honorable William M. Conley presiding, entered in the above-captioned action. The United States District Court for the Western District of Wisconsin entered the Order on May 15, 2026 remanding the case to the Wisconsin Supreme Court.

(signature on following page)

Dated this 26th day of May 2026.

Counsel for Respondents Dave Gerber, Sheriff of Walworth County, Todd Delain, Sheriff of Brown County, Chad Billeb, Sheriff of Marathon County and David Zoerner, Sheriff of Kenosha County

By: *s/  Samuel C. Hall, Jr.*
        SAMUEL C. HALL, JR.
        State Bar No.: 1045476
        MOLLY K. WOODFORD
        State Bar No.: 1126884
        MAIA I. HENTGES
        State Bar No.: 1138038
        ANNA M. KEES
        710 N. Plankinton Ave., Suite 500
        Milwaukee, WI 53203
        Phone:414.271.7722
        Fax:    414.271.4438
        Email: shall@crivellolaw.com
                mwoodford@crivellolaw.com
                mhentges@crivellolaw.com
                akees@crivellolaw.com

Counsel for Respondent, Sheriff Chip Meister

By:  *s/ Matthew J. Thome*
        ANDREW T. PHILLIPS
        State Bar No.: 1022232
        MATTHEW J. THOME
        State Bar No.: 1113463
        ATTOLLES LAW, S.C.
        222 E. Erie St. Ste. 210
        Milwaukee, WI 53202
        Phone: 414.285.0825
        Email: aphillips@attolles.com
                mthome@attolles.com

2