# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

---

VOCES DE LA FRONTERA, INC.,
 On behalf of itself and its members,

        *Petitioner*,

    v.

DAVE GERBER, in his official capacity as
Sheriff of Walworth County;
TODD J. DELAIN, in his official capacity as        Case No. 3:25-cv-1070
Sheriff of Brown County;
CHAD BILLEB, in his official capacity as
Sheriff of Marathon County;
DAVID ZOERNER, in his official capacity as
Sheriff of Kenosha County; and
CHIP MEISTER, in his official capacity as
Sheriff of Sauk County,

        *Respondents*.

---

## NOTICE OF NON-OPPOSITION TO RESPONDENTS' MOTION TO STAY BRIEFING ON PETITIONER'S MOTION FOR ATTORNEY FEES

---

Petitioner Voces De La Frontera, Inc., by its undersigned counsel, hereby files this Notice of Non-Opposition to Respondents' Motion to Stay Briefing (Dkt. No. 33) on Petitioner's Motion for Attorney Fees (Dkt. No. 27).

On May 15, this Court granted Petitioner's Motion to Remand to the Wisconsin Supreme Court. Dkt. No. 23. The Clerk of this Court sent a certified copy of that Order to

the Wisconsin Supreme Court on May 18. Dkt. No. 26. The Wisconsin Supreme Court received the certified copy on May 21. *Id.* Respondents appealed that Order to the United States Court of Appeals for the Seventh Circuit on May 26. Dkt. No. 24. Petitioner moved for attorney fees on May 28 (Dkt. No. 27), and Respondents moved on June 10 to stay briefing on the matter (Dkt. No. 33). Petitioner does not oppose that motion.

Dated: June 12, 2026                    Respectfully submitted,


                                         /s/ *Hannah R. Schwarz*

                                        R. TIMOTHY MUTH
                                        WI Bar No. 1010710
                                        tmuth@aclu-wi.org
                                        HANNAH R. SCHWARZ
                                        WI Bar No. 1143527
                                        hschwarz@aclu-wi.org
                                        RYAN V. COX
                                        WI Bar No. 1140899
                                        rcox@aclu-wi.org

                                        ACLU OF WISCONSIN FOUNDATION
                                        207 E. Buffalo Street, Suite 325
                                        Milwaukee, WI 53202
                                        Phone: 414-272-4032

                                        *Attorneys for Petitioner Voces de la Frontera, Inc.*